UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 10-272-04 PJS/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Moises Pulido Jauregui, a/k/a Manuel Rivera De La Paz, | |
| Defendant. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 9, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to suppress evidence as a result of electronic surveillance [#108] is DENIED; and

2. Defendant's motion to suppress search and seizure [#110] is DENIED.

DATED:   02/24  , 2011          s/Patrick J. Schiltz
at Minneapolis, Minnesota       Patrick J. Schiltz
                                United States District Judge