# UNITED STATES DISTRICT COURT

for the

_____ District of Minnesota_____

United States of America

v.

Moises Pulido Jauregui, also known as
Manuel Rivera De La Paz

)
)
)
)
)
)
)
)
)

Case No: __10-CR-0272(4) (PJS/FLN)__

USM No: __15398-041__

Date of Original Judgment: __11/3/11__
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

N/A (pro se)
_____
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X   the defendant   ☐   the Director of the Bureau of Prisons   ☐   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   X   DENIED.   ☐   GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __11/3/11__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __8/11/15__                          s/Patrick J. Schiltz
                                          _____
                                                *Judge's signature*

Effective Date: _____          PATRICK J. SCHILTZ, United States District Judge
           *(if different from order date)*          *Printed name and title*